```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| MARIE C. SHAY,                )<br>          Plaintiff,       )<br>                               )<br>     v.                        )<br>                               )<br>BOSTON HOUSING AUTHORITY and   )<br>HELENE C. MAICHLE, BHA Senior  )<br>Attorney,                      )<br>          Defendants.         )<br>                               ) | CIVIL ACTION<br>NO. 20-12204-WGY |

YOUNG, D.J.                                                March 22, 2021

**ORDER**

On January 4, 2021, Marie C. Shay was granted leave to proceed in forma pauperis. Docket No. 4. At that time, she was advised that her complaint is subject to dismissal and she was directed to file an amended complaint. Id. Now before the Court is plaintiff's amended complaint. Docket No. 7.

Accordingly, it is hereby ORDERED that:

1. The Clerk shall issue a summons for service of the amended complaint and shall send the summons, a copy of the amended complaint, and this Order to the plaintiff, who must serve the defendant with these documents in accordance with the Federal Rules of Civil Procedure.

2. The plaintiff may elect to have service made by the United States Marshals Service. If directed by the plaintiff to do so, the United States Marshals Service shall serve the above-referenced documents and this Order upon the

    defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States. Plaintiff is responsible for providing the United States Marshal Service with all necessary paperwork and service information.

3. Plaintiff shall have 90 days from the date of this Order to complete service.

**SO ORDERED.**

                                    <u>/s/ William G. Young</u>
                                    WILLIAM G. YOUNG
                                    UNITED STATES DISTRICT JUDGE